IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| HALEY MARIE CANTRELL ADKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA, et al., <br><br> Defendants. | No. 2:21-cv-00031-JPJ-PMS |

**NOTICE OF APPEARANCE**

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant the Commonwealth of Virginia.

                                                        Respectfully submitted,

                                                    /s/ Sheri H. Kelly
                                                    Sheri H. Kelly, VSB No. 82219
                                                    Assistant Attorney General
                                                    Office of the Attorney General
                                                    204 Abingdon Place
                                                    Abingdon, Virginia 24211
                                                    Phone: 276-628-2964
                                                    Fax: 276-628-4375
                                                    skelly@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Senior Assistant Attorney General/Trial Section Chief

*Sheri H. Kelly, VSB No. 82219
Assistant Attorney General

Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
Phone: 276-628-2964
Fax: 276-628-4375
skelly@oag.state.va.us
*Counsel of Record for Defendant Commonwealth of Virginia*

## CERTIFICATE

I hereby certify that on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The document has not been served on non-CM/ECF participants and defendants Paula Meade Hill Collins or Michael Meade because the Commonwealth is not aware of their mailing addresses.

By:    /s/ Sheri H. Kelly
        Sheri H. Kelly